Municipal Court of Dover, } No. 3492.
    Dec. 5, 1944.

### MATTHEW J. CADY

*v.*

### JOHN BUDD *and Trustee.*

*Charles F. Hartnett,* for the plaintiff, furnished no brief.

*James M. Jackson,* for the defendant, furnished no brief.

BRANCH, J. The question raised in this case was decided in favor of the defendant in *Redington* v. *Dunn*, 24 N. H. 162, under a state of facts more favorable to the plaintiff than that here presented. The ruling of the Municipal Court was in accordance with this decision, and plaintiff's exception must, therefore, be overruled.

*Exception overruled.*

All concurred.